■ In the Matter of Amora Rachelle, Petitioner, v Kathleen M. Rice et al., Respondents. [976 NYS2d 888]—Proceeding pursuant to CPLR article 78 in the nature of prohibition to prohibit the respondents from proceeding with a criminal action entitled *People v Rachelle*, pending in the Supreme Court, Nassau County, under indictment No. 1387N/12.

Adjudged that the petition is denied and the proceeding is dismissed on the merits, without costs or disbursements.

"[A] petitioner seeking a writ of prohibition must demonstrate that: (1) a body or officer is acting in a judicial or quasi-judicial capacity, (2) that body or officer is proceeding or threatening to proceed in excess of its jurisdiction and (3) petitioner has a clear legal right to the relief requested" (*Matter of Garner v New York State Dept. of Correctional Servs.*, 10 NY3d 358, 361-362 [2008]; *see Matter of Holtzman v Goldman*, 71 NY2d 564, 569 [1988]; *Matter of Sedore v Epstein*, 56 AD3d 60, 63 [2008]).

Here, the petitioner has failed to demonstrate a clear legal right to the relief sought (*see* Education Law § 6514; *Matter of Willoughby v Murphy*, 54 AD3d 419 [2008]). Dickerson, J.P., Hall, Cohen and Miller, JJ., concur.